No. 04–7167.  GONZALES v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 04–7172.  HUBBARD v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–7173.  HOLTE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7176.  ROBERTS v. DIRECTOR, BAPTIST HOSPITAL AND MEDICAL CENTER, EMPLOYEE RELATIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–7177.  SHAMOUN v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7183.  PAGE v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–7186.  WILLIAMS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 04–7189.  DELGADILLO v. HICKMAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–7190.  POLLOCK v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–7191.  PURVIS v. PRESIDENTIAL PLAZA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–7192.  CROWELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–7193.  BRAXTON v. BLANKS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 04–7194.  RICHARDSON v. SAFEWAY, INC.  C. A. 10th Cir. Certiorari denied.

No. 04–7197.  BROWN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.